# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEMO WHIRL,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Case No. 3:17-cv-01326-JPG-SCW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: May 3, 2018

                                      **JUSTINE FLANAGAN,**
                                      **Acting Clerk of Court**

                                      **BY:**   s/Tina Gray
                                                  **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**